**No. 41219.**—Protests 667095–G, etc., of Lawrence & Klein Lumber Co. et al. (Buffalo).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained as to planed, tongued, and grooved lumber.

**No. 41220.**—Protest 725477–G of M. C. Leskawa (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained as to planed, tongued, and grooved lumber.

**No. 41221.**—Protest 715316–G of J. C. Baris Lumber Co. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained as to planed, tongued, and grooved lumber.

**No. 41222.**—Protest 769844–G of W. M. Crombie & Co., Inc. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained as to planed, tongued, and grooved lumber.

**No. 41223.**—Protest 843269–G–(A) of Fred'k J. Bruce, Inc. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained as to planed, tongued, and grooved lumber.

**No. 41224.**—Protests 962370–G, etc., of Dritz Traum Co., Inc., et al. (New York).

Opinion by First Division. Following the authorities cited in Abstract 15400 the court dismissed the protests.